IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 98-40224
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAIME MARTINEZ-SEGURA,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-97-CR-360-1
- - - - - - - - - -

June 17, 1999

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Jaime Martinez-Segura appeals his conviction after conditionally pleading guilty to transporting illegal aliens within the United States.  He challenges the denial of his motion to suppress, arguing that the Border Patrol agents lacked reasonable suspicion to stop his vehicle.  After reviewing the record and the briefs of the parties, we hold that the agents had reasonable suspicion, based on a totality of the circumstances, to stop his vehicle.  See <u>United States v. Garcia</u>, 732 F.2d 1221, 1223-25 (5th Cir. 1984).

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.